James C. Mahan
U.S. District Judge

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          DISTRICT OF NEVADA

7   CAPITAL BOND ASSOCIATES, LLC,          2:09-CV-00753 JCM (PAL)
8        Plaintiff,
9   v.
10  RICHARD POLATIS, et al.,
11       Defendants.
12
13
14                      **ORDER**

15      On August 18, 2010, this court held a bench trial in the matter of *Capital Bond Associates v. Polatis et al.* (case no. 2:09-cv-753-JCM-PAL). Following the trial, the court ordered the plaintiff to prepare an appropriate judgment order. To date, no such order has been submitted.

18      It has since come to the court's attention that the parties entered into a settlement a few days after trial. Counsel for the plaintiff has represented that the parties intended to submit a stipulation and order for dismissal once the defendant fully performed under the terms of the settlement agreement. The final payment under the settlement agreement is due in March of this year. Accordingly, the parties have requested that the court allow them until April 1, 2011, to either (a) submit a proposed order and judgment or (b) submit a proposed stipulation and order for dismissal pursuant to the terms of the settlement agreement. In support of this delay, plaintiff argues that the defendant may be forced to file an appeal to protect its rights, which would require that the parties expend additional money for attorney's fees and costs.

27      The court is inclined to grant the parties additional time to submit the judgment. However,
28

the parties have had ample time to negotiate, and the court does not agree that it is necessary to wait until April to resolve the case. Therefore, the court grants the parties until March 15, 2011, to submit either a proposed judgment order or a proposed stipulation and order for dismissal.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the plaintiff has until March 15, 2011, to submit either a proposed judgment order or a proposed stipulation and order for dismissal in this matter.

DATED February 9, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**