03/14/2011 11:26 (FAX) P.002/004
Case 2:09-cv-00753-JCM-PAL Document 42 Filed 03/16/11 Page 1 of 3
Case 2:09-cv-00753-JCM-PAL Document 40 Filed 03/14/11 Page 1 of 3

Sean K. Claggett, Esq.
Nevada Bar No. 008407
William T. Sykes, Esq.
Nevada Bar No. 009916
CLAGGETT & ASSOCIATES
8751 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89117
(702) 655-2346 – Telephone
(702) 655-3763 – Fascimile
sclaggett@claggettlaw.com
wsykes@claggettlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL BOND ASSOCIATES, LLC, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 09-CV-00753-JCM-PAL |
| ) | |
| vs. ) | STIPULATION AND |
| ) | ORDER FOR DISMISSAL WITH |
| RICHARD POLATIS, et al., ) | PREJUDICE |
| ) | |
| Defendants. ) | |

COMES NOW, Plaintiff, CAPITAL BOND ASSOCIATES, hereinafter referred to as "Plaintiff", by and through their counsel of record, Sean K. Claggett, Esq., and William T. Sykes, Esq., of CLAGGETT & ASSOCIATES; and Defendants, RICHARD POLATIS and MALCOLM FIFER, by and through their counsel of record, Geraldine Kirk-Hughes, Esq., of KIRK-HUGHES AND ASSOCIATES, and hereby stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action, and any claims, counterclaims or potential claims or counterclaims contained therein, be DISMISSED WITH PREJUDICE, pursuant to the terms of the settlement and release

///

///

03/14/2011 11:26 (FAX) P.003/004
Case 2:09-cv-00753-JCM-PAL   Document 42   Filed 03/16/11   Page 2 of 3
Case 2:09-cv-00753-JCM-PAL   Document 40   Filed 03/14/11   Page 3 of 3

1  reached between them, with each party to bear its own attorney fees and costs, except as otherwise

2  provided in in the settlement release.

3  DATED this 14th day of March, 2011.            DATED this ___ day of _____, 2011.

CLAGGETT & ASSOCIATES                              KIRK-HUGHES AND ASSOCIATES

/s/ W. S. Sykes                                    /s/ Geraldine Kirk-Hughes

Sean K. Claggett, Esq.                             Geraldine Kirk-Hughes, Esq.
Nevada Bar No. 008407                              Nevada Bar No. 003444
William T. Sykes, Esq.                             2551 S. Fort Apache, Suite 103
Nevada Bar No. 009916                              Las Vegas, Nevada 89117
8751 W. Charleston Blvd., Suite 220                (702) 233-8683
Las Vegas, Nevada 89117
(702) 655-2346

*Attorneys for Plaintiff*                          *Attorney for the Defendants*

## ORDER

The parties, having stipulated and agreed to dismissing this action, with prejudice, pursuant to a settlement, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Complaint in Case No.: 09-CV-00753-JCM-PAL, be dismissed, with prejudice.

DATED this 16th day of March, 2011.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

CLAGGETT & ASSOCIATES

Sean K. Claggett, Esq.
Nevada Bar No. 008407
William T. Sykes, Esq.
Nevada Bar No. 009916
8751 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89117
(702) 655-2346

*Attorneys for the Plaintiff*